IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMELL JUA WOOD, | ) | No. C 12-3981 RMW (PR) |
| | ) | |
| Petitioner, | ) | ORDER GRANTING PETITIONER'S |
| | ) | APPLICATIONS TO PROCEED IN |
| vs. | ) | FORMA PAUPERIS; DENYING |
| | ) | PETITIONER'S REQUEST FOR A |
| | ) | CERTIFICATE OF APPEALABILITY |
| JOHN N. KATAVICH, | ) | |
| | ) | |
| Respondent. | ) | (Docket Nos. 26, 29) |
| | ) | |

Petitioner, a state prisoner proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On July 26, 2013, the court granted respondent's motion to dismiss the petition as unexhausted, and entered judgment. Ten months later, on May 27, 2014, petitioner filed a motion for reconsideration under Federal Rule of Civil Procedure 60(b)(1) and 60(b)(6). On November 12, 2014, the court denied petitioner's motion for reconsideration. Petitioner filed a timely notice of appeal and two applications to proceed in forma pauperis.

Petitioner's applications to proceed in forma pauperis are GRANTED.

The Ninth Circuit Court of Appeal issued a limited remand for this court to consider whether a certificate of appealability ("COA") should issue. Petitioner has not shown "that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." Slack v. McDaniel, 529 U.S. 473, 484 (2000). Accordingly, a COA is DENIED.

1   IT IS SO ORDERED.

2   DATED: __FEB UEF Í__

                                          *Ronald M. Whyte*

3                                          RONALD M. WHYTE
                                       United States District Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Granting Petitioner's Applications to Proceed In Forma Pauperis; Denying Petitioner's Request for a Certificate of Appealability
P:\PRO-SE\RMW\HC.12\Wood981recdencoa.wpd    2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JAMELL JUA WOOD,

        Plaintiff,

  v.

JOHN N. KATAVICH et al,

        Defendant.

Case Number: CV12-03981 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 29, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jamell Jua Wood G43599
A3-146L
W.S.P.
Post Office Box 4400
Wasco, CA 93280-4400

Dated: January 29, 2015

                      Richard W. Wieking, Clerk
                      By: Jackie Lynn Garcia, Deputy Clerk